## Michael J. Collins et al., Appellants, v. Macey Securities Company, Appellee.

### Gen. No. 23,137. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. FREDERICK A. SMITH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed December 21, 1917.

### Statement of the Case.

Bill by Michael J. Collins and others, as and comprising the Board of Education of the City of Chicago, complainants, against Macey Securities Company, defendant, to have certain appraisements of complainants' property modified or set aside. From a decree in favor of defendant, complainants appeal.

See a prior opinion, *Collins v. McVickers Theater Co.*, 207 Ill. App. 240, which is controlling as to the points of law involved. See also, *Collins v. Crilly*, *ante*, p. 209, and *Collins v. Chicago Title & Trust Co.*, *ante*, p. 211.

ANGUS ROY SHANNON, for appellants; CHAUNCEY M. MILLAR and JOHN E. FOSTER, of counsel.

HOWARD AMES, for appellee; THOMAS W. REILLY, of counsel.

MR. JUSTICE MCDONALD delivered the opinion of the court.

### Abstract of the Decision.

LANDLORD AND TENANT, § 293*—*when tenants not required to pay into court amounts admitted to be due under appraisement.* Motion by complainants to require defendant as tenant to pay into court certain amounts admitted in defendant's answer to be due under appraisements made, *held* properly denied, in a suit to modify or set aside the appraisement, where defendant had tendered to complainants the amount of rent due as fixed by the appraisement and which complainants repeatedly refused to accept, and the object of the bill of complaint was to modify or set aside the appraisement on which the rent was based and not to recover the rent thereunder.